1 **MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & WILSON**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant,
VINCENT CHAVEZ
6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9
\* \* \* \* \* \*
10

11 UNITED STATES OF AMERICA,                    Case No.: 1:10-CR-000388 LJO

12     Plaintiff,                           **STIPULATION TO**
                                                **CONTINUE STATUS CONFERENCE**
13 vs.                                          **and**
                                                **O R D E R**
14 VINCENT CHAVEZ,
                                                DATE: February 25, 2011
15     Defendant.                          TIME: 8:30 a.m.
                                                DEPT: 4
16

17 TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE

18       and/or ITS REPRESENTATIVES:

19     **IT IS HEREBY STIPULATED** by and between the parties herein that the Status

20 Conference currently scheduled for February 25, 2011, at 8:30 a.m. be continued to **March 18, 2011,**

21 **at 8:30 a.m.,** before the Honorable Lawrence J. O'Neill.

22     This request is based upon the fact that counsel for Defendant began a special circumstances

23 murder trial in the Tulare County Superior Court, in the case of *People v. Joseph Florez*, Case No.:

24 VCF241795, on February 22, 2011.  The trial is expected to last for two to three weeks.

25     Counsel for Defendant has spoken with Assistant U. S. Attorney, DAVID GAPPA, who has

26 no objection to this continuance.

27     The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§

28 3161(h)(1)(D) and (7)(A).

1  It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Status Conference for the above-stated purposes.

Dated: February 23, 2011.                    Respectfully Submitted,

                                             NUTTALL COLEMAN & WILSON


                                             /s/ Mark Coleman
                                             _____
                                             MARK W. COLEMAN
                                             Attorney for Defendant,
                                             VINCENT CHAVEZ


Dated: February 23, 2011.                    UNITED STATES ATTORNEY'S OFFICE


                                             /s/ David Gappa
                                             _____
                                             DAVID GAPPA
                                             Assistant U.S. Attorney


**************

## **ORDER**

Good cause appearing,

**IT IS ORDERED** that the Status Conference currently scheduled on February 25, 2011, at 8:30 a.m. is changed to the same date at 8:20 a.m.  Defense Counsel may appear by phone.  It will be for the sole purpose of selecting a trial date.   If counsel reach a resolution, they may put the matter on calendar on any Friday this Court conducts the criminal calendar.

**This Order is consistent with the agreement of counsel at the hearing on January 28, 2011 that there would either be a change of plea or a trial setting on February 25, 2011.**

IT IS SO ORDERED.

**Dated:   February 23, 2011**                    /s/ Lawrence J. O'Neill
                                                  _____
                                                  UNITED STATES DISTRICT JUDGE