HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VINCENT CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00388-JLT |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Jennifer L. Thurston |
| VINCENT CHAVEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Vincent Chavez (USM# 65260-09, FID# 752832), having been sentenced on today's date to a term of time-served, shall be released from the custody of the United States Marshal Service forthwith. He is currently housed at the Tat Community Correctional Facility.

IT IS SO ORDERED.

Dated:   **June 17, 2024**

_____
UNITED STATES DISTRICT JUDGE